

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN                    AUSTIN 11, TEXAS
ATTORNEY GENERAL

Honorable Jack Wiech
County Attorney
Cameron County
Brownsville, Texas

Dear Sir:                          Opinion No. O-4747
                                   Re: Sheriffs' -- Commissioners'
                                       Court -- control over court-
                                       house.

   Your request for opinion upon the following stated questions:

  "1. Does the Sheriff of Cameron County have the author-
ity to determine whether or not, as a matter of public con-
venience, space in the lobby of the county courthouse may be
used by a private individual for the purpose of conducting a
cold drink and cigar stand?

  "2. Does said sheriff have the authority to name such
private individual?

  "3. Does the Sheriff of Cameron County have charge and
control of the courthouse of said county to the extent that
it is within his authority to determine whether or not the
court rooms thereof may be used for purposes other than hold-
ing court, such as political meetings and club meetings of
various kinds?"

has been received and carefully considered by this department.

   In the case of Dodson vs. Marshall, Tex. Civ. App., 118 S.W.
(2d) 621, writ refused, the court held that the action of the county
commissioners' court of Grayson County, Texas in permitting an indivi-
dual to maintain a cigar and cold drink stand in an unused alcove in
the rotunda of the county courthouse for a stipulated rental, such privi-
lege being terminable at the will of the commissioners' court, was dis-
cretionary, and could not be interfered with by the courts in a suit
to enjoin the granting and exercise of such privilege, where the exer-
cise of such privilege would not interfere with the proper use of the
courthouse or cause the county any expense, and would afford a conven-
ience to those transacting business in the courthouse.

Upon the authority of the case of Anderson, County Judge, et al, v. Wood, Sheriff, Tex. Sup. Ct., 152 S. W. (2d) 1084, cited in your letter, and authorities there cited, including Dodson v. Marshall, supra, we answer each of your questions in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  /s/ Wm. J. Fanning
          Wm. J. Fanning
               Assistant

WJF:nw:lm

APPROVED AUG 4, 1942

/s/ Gerald C. Mann

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY /s/ BWB
CHAIRMAN